UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES WHITE,

    Plaintiff,

v.                                         Case No. 8:18-cv-854-T-24 MAP

EXETER FINANCE LLC,

    Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Order to Arbitrate and Stay Case. (Doc. No. 10). Upon consideration, it is ORDERED AND ADJUDGED that:

(1) The motion is **GRANTED**.

(2) This matter is hereby **STAYED** pending arbitration.

(3) The Clerk is instructed to **ADMINISTRATIVELY CLOSE** this case.

(4) On February 1, 2019 and every two months thereafter, Plaintiff is directed to file a status report with the Court detailing the status of this case and the arbitration proceedings.

(5) Within 10 days after the final arbitration decision is issued, Plaintiff is directed to inform the Court whether this case needs to be reopened or whether it can be dismissed with prejudice.

(6) Any party may move to return this case to active status at any time.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of May, 2018.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record